# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 13** |
| **DIANE TRAVINIKOFF CLAY,** | § | |
|    Debtor, | § | **CASE NO. 20-71043** |
| | § | |
| | § | |
| **DIANE TRAVINIKOFF CLAY,** | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **FIRST BANK,** | § | |
|    Defendant/Third Party Plaintiff, | § | **ADVERSARY NO. 20-07001-hdh** |
| | § | |
| v. | § | |
| | § | |
| **RICHARD R CLAY, RICHARD R.** | § | |
| **CLAY,** | § | |
|    Third-Party Defendant. | § | |

## ORDER GRANTING MOTION TO DISMISS PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

**CAME ON TO BE CONSIDERED** the *Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)* filed by Defendant/Third-Party Plaintiff First Bank ("Defendant"). Having considered the Motion, and any responses and replies thereto on file, the Court determines that the Motion bears merit and should be granted.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that for the reasons stated on the record the Motion is granted in its entirety and Plaintiff's claims against Defendant are dismissed with prejudice as to re-filing.

# # # END OF ORDER # # #

Submitted by:

By: */s/ Philip W. Danaher*
**PHILIP W. DANAHER**
Texas Bar No. 24078395
pdanaher@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 North Dallas Parkway, Suite 900
Dallas, Texas 75254
Telephone: 713-730-3212
Facsimile: 214-635-2686

**ATTORNEYS FOR DEFENDANT**